# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.  If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ✔  Debtor
      ☐  Attorney [If Applicable:]  Name: _____
      ☐  Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:   ☐  Husband <u>and</u> Wife
                     ☐  Husband <u>Only</u>
                     ☐  Wife <u>Only</u>

*[If applicable]* Case Name: <u>Leonard M. Adams, Jr.</u>
*[If applicable]* Case No./Adversary Proceeding No.: <u>11-19253-RGM</u>
*[If applicable]* Creditor Name: _____

✔ Street Address    ✔ Mailing Address
New Address: <u>28 Perth Drive</u>
             No. and Street, Apt., P. O. Box or R. D. No.

City: <u>Fredericksburg</u>        State: <u>VA</u>   Zip: <u>22405</u>

✔ Street Address    ✔ Mailing Address
Old Address:  <u>22575 Leanne Terrace, Apt. 120</u>
              No. and Street, Apt., P. O. Box or R. D. No.

City: <u>Ashburn</u>               State: <u>VA</u>   Zip: <u>20148</u>

Telephone Number: ( <u>540</u> ) <u>370-4896</u>
                  **Please include area code**

                        /s/ Martin C. Conway
                        Signature of Filer [*check filer type below*]:
                        ✔   Attorney for Debtor
                        ☐   Debtor  *[If joint case and address is for <u>husband and wife</u>, both debtors must sign.]*
                        ☐   Creditor
                        ☐   Attorney

Date: <u>August 12, 2014</u>
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 02/08]